No. 11–11084. TORMENIA *v.* CONTURSI ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–11120. STARR *v.* KNIERMAN ET AL. C. A. 1st Cir. Certiorari denied.

No. 12–48. THREE-DIMENSIONAL MEDIA GROUP, LTD. *v.* KAPPOS, DIRECTOR, PATENT AND TRADEMARK OFFICE. C. A. Fed. Cir. Certiorari denied.

No. 12–117. OLVERA JIMENEZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 12–184. CONGREJO INVESTMENTS, LLC *v.* MANN, CHAPTER 7 TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 12–190. ANDERSEN *v.* ROCHESTER CITY SCHOOL DISTRICT. C. A. 2d Cir. Certiorari denied.

No. 12–209. STACY *v.* ROUSE. C. A. 6th Cir. Certiorari denied.

No. 12–218. BROOKS *v.* UNITED STATES;
No. 12–5812. PHILLIPS *v.* UNITED STATES; and
No. 12–5847. WALTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 681 F. 3d 678.

No. 12–219. SANCHEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–262. HALL ET AL. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–271. KHAN ET UX. *v.* NORMAND, SHERIFF, JEFFERSON PARISH, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–275. NORDYKE ET AL. *v.* KING ET AL. C. A. 9th Cir. Certiorari denied.